# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| YVONNE CELESTINA CATWELL, ) | |
| ) | |
| Plaintiff, ) | No. 3:13-cv-00234 |
| ) | |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Bryant |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Yvonne Celestina Catwell's Motion for Judgment Based Upon the Administrative Record ("Motion"). (Doc. No. 14.) Defendant Commissioner of Social Security filed a Response opposing the Motion (Doc. No. 18), and Plaintiff replied (Doc. No. 24). Magistrate Judge Bryant issued a Report and Recommendation ("Report") recommending that the Motion be denied and that the decision of the Commissioner be affirmed. (Doc. No. 26 at 1.) The Report was filed on August 1, 2016, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 14.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner.

It is so ORDERED.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT